DOCUMENT [31] MOTION

IS REMOVED

PER

[37] ORDER